In the Matter of LEO L. HOFFMAN, Appellant, against MICHAEL J. CRUISE, as City Clerk of the City of New York, et al., Respondents.

(Argued July 11, 1935; decided July 11, 1935.)

604

*Harry J. Winick* for appellant.

*Paul Windels, Corporation Counsel (Paxton Blair* and *Russell Lord Tarbox* of counsel), for respondents.

*Samuel D. Lasky* and *George M. Aronwald* for Lewis A. Abrams, intervener.

*E. Ivan Rubenstein* and *George Rosling* for George J. Joyce, intervener.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.